AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DOUGLAS LONGHINI, individually,<br><br>*Plaintiff(s)*<br>v.<br>THE SHOPS OF BIRD ROAD, LLC, a Florida limited liability company; and, HORIZON PROPERTIES OF MIAMI, INC., a Florida corporation,<br><br>*Defendant(s)* | Civil Action No. **15-CV-23557-Ungaro/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE SHOPS OF BIRD ROAD, LLC
c/o Registered Agent
MR. SALOMON GOLD
1177 KANE CONCOURSE
SUITE 218
BAY HARBOR ISLAND, FL 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Charles. Allison, Esq., FL Bar No. 35242, tallison@espinosalawgroup.com
Daniel Alberto Espinosa, Esq., FL Bar No. 81686, despinosa@espinosalawgroup.com
ESPINOSA LAW GROUP, 10625 N. Kendall Dr., Miami, FL 33176-1510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **September 23, 2015**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| DOUGLAS LONGHINI, individually,<br><br>*Plaintiff(s)*<br>v.<br>THE SHOPS OF BIRD ROAD, LLC, a Florida limited liability company; and, HORIZON PROPERTIES OF MIAMI, INC., a Florida corporation,<br><br>*Defendant(s)* | Civil Action No. **15-CV-23557-Ungaro/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HORIZON PROPERTIES OF MIAMI, INC.
c/o Registered Agent
EDGAR A. BENES, ESQ.
2300 NW Corporate Boulevard, Suite 222
Boca Raton, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Charles. Allison, Esq., FL Bar No. 35242, tallison@espinosalawgroup.com
Daniel Alberto Espinosa, Esq., FL Bar No. 81686, despinosa@espinosalawgroup.com
ESPINOSA LAW GROUP, 10625 N. Kendall Dr., Miami, FL 33176-1510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **September 23, 2015**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts