UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-23557-UU

DOUGLAS LONGHINI,

    Plaintiff,

v.

THE SHOPS OF BIRD ROAD, LLC, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Pursuant to the Court's Order Setting Initial Planning and Scheduling Conference, D.E. 5, the parties' Joint Planning and Scheduling Report was due on November 6, 2015. However, no Report has been filed. It also appears that service has not yet been made on Defendants, although Defendant Horizon Properties of Miami, Inc.'s counsel has filed a notice of appearance. Accordingly it is

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause, by **Thursday, November 12, 2015**, for why he has not filed a Joint Planning and Scheduling Report. Alternatively, he may file the parties' Report by that date. If service has not been made on Defendants, Plaintiff must apprise the Court of its efforts in effecting service. **Failure to abide by this Order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this _9th__ day of November, 2015.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record